STATE EX REL. LEYSON, RELATOR, v. DISTRICT COURT
· OF THE SECOND JUDICIAL DISTRICT
ET AL., RESPONDENTS.

(No. 1,752.)

(Submitted March 22, 1902.   Decided March 26, 1902.)

*Certiorari—Administration—Order of Partial Distribution—Appealable Order.*

*Certiorari* will not be granted to review an order for the partial distribution of the estate of a decedent, since there is an appeal from such order.

*Certiorari* by the state, on the relation of John H. Leyson, administrator of the estate of A. J. Davis, deceased, against the district court of the Second judicial district of the state of Montana, and E. W. Harney, judge thereof.   Dismissed.

*Messrs. Forbis & Mattison,* and *Mr. E. N. Harwood,* for Relator.

*Messrs. Clayberg & Gunn,* for Respondents.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

Application for writ of *certiorari* to review and annul an order of partial distribution made by the district court of Silver Bow county in the matter of the estate of A. J. Davis, deceased.

The writ is denied, for the reason that an appeal lies from the order complained of, and it therefore cannot be reviewed by means of *certiorari.* (Code of Civil Procedure, Sec. 1721; *Id.* Sec. 1722, Subd. 3; Laws 1899, p. 146; Code of Civil Procedure, Sec. 2832; *In re Phillips' Estate,* 18 Mont. 311, 45 Pac. 222; *State ex rel. Whiteside* v. *First Judicial Dist. Court,* 24 Mont. 552, 63 Pac. 395; *State ex rel. King et al.* v. *Second Judicial Dist. Court,* 24 Mont. 494, 62 Pac. 820.)

Let the application be dismissed.

*Dismissed.*

---

KRANICH, APPELLANT, *v.* HELENA CONSOLIDATED WATER COMPANY, RESPONDENT.

(No. 1,439.)

3.    Where appellant's brief fails to comply with the requirements of Subdivision "a" of Section 3 of Rule X of the Supreme Court, the judgment appealed from will be affirmed (unless the respondent moves a dismissal of the appeal because of such failure).

*Appeal from District Court, Lewis and Clarke County; H. C. Smith, Judge.*

ACTION by William Kranich against the Helena Consolidated Water Company. From a judgment for defendant, plaintiff appeals. Motion to strike the bill of exceptions from the record. Denied. Judgment affirmed.

*Messrs. Sanders & Sanders,* and *Mr. H. J. Burleigh,* for Appellant.

*Messrs. Clayberg & Gunn,* for Respondent.

MOTION TO STRIKE OUT BILL OF EXCEPTIONS.

(Submitted March 26, 1902.    Decided March 27, 1902.)

MR. JUSTICE PIGOTT delivered the opinion of the court.

The plaintiff has appealed from a final judgment. The defendant moves that the bill of exceptions included in the transcript be stricken therefrom for the reason that it was neither served nor filed in time, and is therefore not properly a part of the transcript or record on appeal. The objections of the defendant to the settlement, together with the matter in support of the objections, appear upon the face of the bill.

The record on appeal from a final judgment consists of a copy of the notice of appeal, of the judgment roll, and of any bill of exceptions or statement of the case upon which the appellant relies. (Section 1736 of the Code of Civil Procedure.) If the bill, the copy of which is sought to be stricken, was prepared and settled under the provisions of Section 1154, or of Section 1155, of the Code of Civil Procedure, it is part of the judgment roll described in Section 1196, and is authorized or required to be furnished by copy as part of the record on appeal

---

APPEAL FROM JUDGMENT.

(Submitted April 14, 1902.   Decided April 18, 1902.)